# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:26-CR-0570-S |
| | § | |
| DAVID PEDROZA-FLORES (1) | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Report and Recommendation Concerning Plea of Guilty [ECF No. 21], and the Waiver of 14-Day Objection Period for Plea Before a Magistrate Judge [ECF No. 19], the Court is of the opinion that the Report and Recommendation Concerning Plea of Guilty is correct, and it is hereby accepted. Accordingly, the Court accepts the plea of guilty, and Defendant David Pedroza-Flores is hereby adjudged guilty of **Count One of the Indictment**, that is **Illegal Reentry After Removal from the United States**, in violation of **8 U.S.C. § 1326(a)**. The sentence will be imposed in accordance with the Court's scheduling order.

The Defendant is currently in custody and should be ordered to remain in custody.

**SO ORDERED.**

SIGNED October 14, 2026.

Karen Gren Scholer

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**